IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24CV214-GCM

| LARISA RAKHILCHUK, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| Vs. | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) |  |
| Defendant. | ) |  |

This matter is before the Court upon its own motion. Plaintiff filed her Complaint on August 16, 2024, but neither paid the requisite filing fee nor filed a motion to proceed in forma pauperis. On August 20, a Notice of Deficiency was issued by the Clerk of Court directing the Plaintiff to either pay the $405.00 filing fee or file an IFP motion within seven days. Plaintiff failed to respond.

Considering the historic flooding in the Asheville Division, the Court will allow Plaintiff one last opportunity to respond. Plaintiff is hereby directed to either pay the filing fee or file an IFP motion within seven (7) days from the date of entry of this Order. Failure to do so will result in her case being dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Signed: November 7, 2024

Graham C. Mullen
United States District Judge