IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24CV214-GCM

| | |
|---|---|
| LARISA RAKHILCHUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon its own motion. Plaintiff filed her Complaint on August 16, 2024, but neither paid the requisite filing fee nor filed a motion to proceed in forma pauperis. On August 20, a Notice of Deficiency was issued by the Clerk of Court directing the Plaintiff to either pay the $405.00 filing fee or file an IFP motion within seven days. Plaintiff failed to respond.

Due to the historic flooding in the Asheville Division, on November 11, 2024, the Court allowed Plaintiff one last opportunity to respond within seven (7) days. Plaintiff was warned that a failure to do so would result in her case being dismissed without prejudice for failure to prosecute. That deadline has now passed with no response from the Plaintiff. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Signed: November 19, 2024

Graham C. Mullen
United States District Judge